UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STARELLEN CARTER and
C.P., a minor,
        Plaintiffs,

v.                                                 Case No. 12-cv-11086
                                                        Honorable Denise Page Hood

TASHA HANSON,

        Defendant.

_____/

## **JUDGMENT**

      **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date November 30, 2012, this cause of action is **DISMISSED**. Accordingly, judgement is entered in favor of Defendant against Plaintiffs.

      Dated at Detroit, Michigan this 30th day of November, 2012.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                                                        BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 30, 2012, by electronic and/or ordinary mail.

                                    S/LaShawn R. Saulsberry
                                    Case Manager